ACCEPTED
03-15-00384-CV
7976738
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 3:29:44 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00384-CV

| | | |
|---|---|---|
| CRYSTAL BINGHAM HERNANDEZ | § | IN THE COURT OF APPEALS |
| Appellant | | |
| | § | |
| VS. | § | FOR THE |
| | § | |
| TIFFANY POLLEY | § | THIRD DISTRICT OF TEXAS |
| Appellee | | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 3:29:44 PM
JEFFREY D. KYLE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S REPLY BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes CRYSTAL BINGHAM HERNANDEZ, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's reply brief, pursuant to Rule 38.6(d) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the County Court at Law No. 2 of Tom Green County, Texas.

2. The case below was styled Crystal Bingham Hernandez v. Tiffany Polley, and numbered 12C482-L2.

3. Notice of Appeal was filed with this Court on June 24, 2015.

4. The Clerk's Record was filed with this Court on July 13, 2015. The Reporter's Record was filed with this Court on July 22, 2015.

5. Appellant's brief was filed on September 18, 2015.

6. Appellee's responsive brief was filed on November 18, 2015.

7. Appellant's reply brief is due on December 8, 2015.

8. Appellant requests a 30-day extension from the present deadline of December 8, 2015 to January 7, 2016.

9.    No extension to file the Appellant's reply brief has been requested or received in this cause.

10.    Appellant's counsel relies on the following facts as good cause for the requested extension:

Counsel for Appellant has an extensive caseload of civil, criminal and family cases pending in various county and district courts. For this reason and because of the upcoming Thanksgiving holiday, Counsel for Appellant requests additional time to research and file Appellant's response brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Reply Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

**The Law Offices of Rick DeHoyos**
502 South Irving Street
San Angelo, Texas 76903
rick@dehoyoslawfirm.com
Tel: (325) 658-8000
Fax: (325) 227-6913


RICK DEHOYOS
State Bar No. 05644085
ATTORNEY FOR APPELLANT

### CERTIFICATE OF CONFERENCE

This is to certify that on November 24th, 2015, I contacted Ms. Lorin M. Subar, Attorney for Appellee, and discussed this motion with her, and she is NOT OPPOSED to this motion.


Rick DeHoyos

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Extend Time to File Appellant's Brief was served on all counsel of record on this 24th day of November, 2015, as follows:

*Via Fax Transmission:* **(214) 736-9994**
Lorin M. Subar
The Willis Law Group, PLLC
10440 N. Central Expy., Suite 520
Dallas, TX   75231

_____
Rick DeHoyos